IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Sunlust Pictures, LLC ) | |
| ) | CASE NO.: 1:12cv1269 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| John Doe ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF'S NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE**

Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses, with prejudice, all causes of action in the complaint against John Doe, IP 68.100.90.254 with prejudice. John Doe has neither filed an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate. After filing the complaint, Plaintiff and Defendant entered into terms settling this matter to the satisfaction of all parties.

Respectfully submitted,

Sunlust Pictues, LLC

**DATED:** December 5, 2012

By: /s/ Timothy V. Anderson
TIMOTHY V. ANDERSON (VSB 43803)
Anderson and Associates, PC
2492 N. Landing Road, Suite 104
Virginia Beach, VA 23456
Telephone: (757) 301-3036
Facsimile: (757) 301-3640
E-mail: timanderson@virginialawoffice.com
*Attorney for Plaintiff*